[No. 48578-4-I.   Division One.   April 1, 2002.]

THE CITY OF SEATTLE, *Appellant*, v. OSCAR MCCOY, ET AL., *Defendants*, WILBUR P. MORGAN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-28243-8, Michael Heavey, J., entered April 24, 2001. *Reversed* by unpublished opinion per Agid, J., concurred in by Grosse and Baker, JJ. Now published at 112 Wn. App. 26.

[No. 48746-9-I.   Division One.   April 1, 2002.]

ART DISHMAN, ET AL., *Respondents*, v. STEWART TITLE GUARANTY COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-28048-3, Bruce W. Hilyer, J., entered June 8, 2001. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Agid and Schindler, JJ.

[No. 19191-5-III.   Division Three.   April 2, 2002.]

*In the Matter of the Marriage of* ROBERT GARY HERWANDER, *Respondent*, and DEBORAH LEE HERWANDER, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 95-3-00798-1, Susan L. Hahn, J., entered February 18, 2000. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney and Kurtz, JJ.

[Nos. 19962-2-III; 19987-8-III.   Division Three.   April 2, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL SOLIS, JR., *Appellant*.
THE STATE OF WASHINGTON, *Respondent*, v. AUGUSTINE TANAKA SOLIS, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated June 27, 2002. Substitute opinion filed. See 112 Wn. App. 1027.